Eunice Seaman, Administrator of Estate of Dorothy Raner, Deceased, Plaintiff-Appellee, v. State Farm Mutual Automobile Insurance Company, Defendant-Appellant.

Gen. No. 10,146.

Third District.

January 2, 1958.

Released for publication January 20, 1958.

Willis P. Ryan (Harlan Heller, and Orville F. Schoch, of counsel) for appellant; Ralph E. Suddes, for appellee. Opinion by JUDGE ROETH. **Not to be published in full.**